# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 18 | **DATE** | 5/27/2008 |
| **CASE TITLE** | USA vs. Scott O'Neal | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 6/2/2008 at 11:00 a.m. Preliminary examination hearing set for 6/3/2008 at 11:00 a.m.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | IS |
|---|---|---|