# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 18 | **DATE** | 6/2/2008 |
| **CASE TITLE** | USA vs. Scott O'Neal | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 6/2/2008; and continued to 6/6/2008 at 1:30 p.m. Preliminary examination hearing of 6/3/2008 is stricken, to be reset at a later date.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | IS |
|---|---|---|