# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 18 | **DATE** | 6/6/2008 |
| **CASE TITLE** | USA vs. Scott O'Neal | | |

**DOCKET ENTRY TEXT**

Case called for a detention hearing on 6/6/2008. Defendant waives his right to a detention hearing without prejudice. Order defendant detained pending further court proceedings. Preliminary examination hearing set for 6/18/2008 at 11:00 a.m.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | IS |
|---|---|---|